UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No 14-42405-659 |
| Jesse E. and Ashley M. Shryock ) | |
| ) | Chapter 7 |
| Debtors. ) | |

### MOTION FOR ORDER AUTHORIZING PAYMENT
### OF UNCLAIMED TRUST FUNDS INTO REGISTRY OF THE COURT

COMES NOW Charles W. Riske, duly appointed and qualified Trustee in Bankruptcy herein and, for his motion states, as follows:

1. This Court entered its Order approving the Trustee's final report on July 8, 2021.

2. The Trustee in Bankruptcy states that on or about July 22, 2021, disbursements were made in accordance with said Order to the person and entities described therein. One check issued to the Debtors has not been cashed and has been returned to the Trustee after mailed to multiple addresses. Trustee has made a diligent search to find a current address by utilizing the internet and contacting attorneys of record for the Debtors, but cannot find a good address.

3. Therefore, the sum of $8,141.53 remains on deposit in Trustee's bankruptcy trust account.

4. That by reason of the foregoing, Trustee in Bankruptcy is unable to file his distribution report evidencing all disbursements directed to be made by him by Order of Court.

WHEREFORE, Trustee in Bankruptcy prays that this Court will enter its Order authorizing Trustee in Bankruptcy to stop payment on the aforementioned check, made payable to the Debtors in the sum of $8,141.53 and further authorize the Trustee in Bankruptcy to pay said amount into the registry of the Court, thereby enabling the Trustee in Bankruptcy to file vouchers covering disbursements made.

/S/ CHARLES W. RISKE
CHARLES W. RISKE, #30698MO
Trustee in Bankruptcy
215 Chesterfield Business Parkway
Chesterfield, Missouri 63005
(314) 749-4331 Telephone
(636) 530-9199 Facsimile
riske@cwrlaw.com

The undersigned hereby certifies that a true and correct copy of this document was filed electronically with the United States Bankruptcy Court and has been served on the parties in interest via email by the Court's CM/ECF system as listed on the Court's Electronic Mail Notice List on this 15th day of September, 2021.

     The undersigned hereby certifies that a true and correct copy of this document was filed electronically with the United States Bankruptcy Court and has been served by regular United States mail service, first class, postage fully pre-paid, addressed to each of the parties listed below on this 15th day of September, 2021:

Jesse and Ashley Shrock
2216 N. 5th Street
St. Charles, MO 63301