UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                                             )
                                                   ) Case No 14-42405-659
Jesse E. and Ashley M. Shryock                     )
                                                   ) Chapter 7
                    Debtors.                       )

**ORDER**

At St. Louis, in this District.

Trustee in Bankruptcy, having filed and presented his application for an order allowing the payment of an unclaimed dividend check into the registry of this Court; it appearing that the Trustee in Bankruptcy did mail a check to the Debtors in the sum of $8,141.53 in accordance with the Court Order for payment of dividends dated July 8, 2021; it further appearing that the Trustee in Bankruptcy has made a diligent attempt to determine a good address for the Debtors without sucess; no adverse interest appearing and the Court being duly advised, it is, therefore,

ORDERED, ADJUDGED AND DECREED that Trustee's motion to deposit funds into the Court registry is hereby **GRANTED**.  The Trustee in Bankruptcy be and he hereby is authorized to stop payment of his check previously mailed to the Debtors in the sum of $8,141.53 and the Trustee in Bankruptcy is further authorized to pay said amount into the registry of this Court and the Order of this Court for payment of dividends is hereby amended in accordance with this Order.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED:  September 16, 2021
St. Louis, Missouri
jjh

Copies mailed to:

Charles W. Riske
Trustee in Bankruptcy
215 Chesterfield Business Parkway
Chesterfield, MO 63005

Jesse and Ashley Shrock
2216 N. 5th Street
St. Charles, MO 63301

Beverly Kinds-Stewart
P. O. Box 179414
St. Louis, MO 63117

Office of the U.S. Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 63102